UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETRILLO & POWELL, PLLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 17-0663 (KBJ) |

## JOINT STATUS REPORT

Pursuant to the Court's May 24, 2017, Minute Order, Plaintiff Petrillo & Powell, PLLC and Defendant United States Department of Health and Human Services, by and through the undersigned counsel, hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

As previously reported, Defendant has been producing non-exempt portions of responsive documents on a rolling basis every 60 days. On May 28, 2020, Defendant made its 18th interim release to Plaintiff, in which the agency advised Plaintiff that it had processed 1,014 pages, was releasing 142 pages in full and 140 pages in part, and withholding 731 pages in full (including 352 pages that the agency deemed to be nonresponsive to Plaintiff's request). The agency's withholdings were based on FOIA Exemptions 4, 5, and 6, 5 U.S.C. § 552(b)(4), (5), (6). In addition, Defendant advised Plaintiff that one page was blank. Defendant is scheduled to make its next interim release to Plaintiff on or before September 28, 2020.

Pursuant to the Court's May 24, 2017, Order, the parties will file a further Joint Status Report on October 13, 2020.

Dated:  August 14, 2020               Respectfully submitted,

                                      MICHAEL R. SHERWIN
                                      Acting United States Attorney

                                      DANIEL F. VAN HORN, D.C. Bar #924092
                                      Chief, Civil Division

                                      By:    /s/ *Paul Cirino*
                                      PAUL CIRINO
                                      Assistant United States Attorney
                                      Civil Division
                                      U.S. Attorney's Office for the District of Columbia
                                      555 4th Street, N.W.
                                      Washington, D.C.  20530
                                      Telephone: (202) 252-2529
                                      paul.cirino@usdoj.gov

                                      *Attorneys for Defendant*


                                              Joseph J. Petrillo
                                      Joseph J. Petrillo (184986)
                                      PETRILLO & POWELL, PLLC
                                      5335 Wisconsin Ave., NW, Suite 440
                                      Washington, D.C. 20015

                                      *Counsel for Plaintiff*